# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00513-CR

**Chad Chapman, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF RUNNELS COUNTY, 119TH JUDICIAL DISTRICT
### NO. 4484, HONORABLE BEN WOODWARD, JUDGE PRESIDING

Chad Chapman seeks to appeal from a judgment of conviction for aggravated sexual assault. Sentence was imposed on May 17, 2002. There was no motion for new trial. The deadline for perfecting appeal was therefore June 17, 2002. Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on August 8, 2002. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed:   August 30, 2002

Do Not Publish